U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - ALEXANDRIA

JAN - 9 2008

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| **RICKEY GEORGE** | **CIVIL ACTION NO. 07-1265** |
| -vs- | **JUDGE DRELL** |
| **DOLGENCORP, INC.** | **MAGISTRATE JUDGE KIRK** |

## JUDGMENT

Based on written reasons given this date, **IT IS HEREBY ORDERED** that the motion to remand (Doc. 8) is GRANTED. This case is **REMANDED** to the 12th Judicial District Court, Parish of Avoyelles, Louisiana.

SIGNED on this ___ day of January, 2008 at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE